874

LOCUST POINT ESTATE, INC., Appellant, v. LEONIDAS ALEXANDROW, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of NATHAN LOBEL and Others, as Executors, etc., of WALTER P. TAUSICK, Deceased. — Decree and order unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of PHILIP ROTHMAN, Petitioner, Appellant, to Vacate the Arbitration Award Made against Him in Favor of ARTHUR S. HEIMAN and ABRAM M. PERLMAN, Doing Business under the Firm Name and Style of HEIMAN & PERLMAN, Respondents. ARTHUR S. HEIMAN and Another, Doing Business, etc., Respondents, v. PHILIP ROTHMAN, Named in the Award of the Arbitrators Herein as PHIL ROTHMAN, Appellant, for an Order Confirming the Said Award of the Arbitrators.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

LOUISE HENRY, Respondent, v. NEW YORK POST, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH WOLTERING, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.; O'Malley, J., dissents and votes to reverse and grant a new trial.

LENA POTASH, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

LOTTIE MOORE and Others, Respondents, v. BRONSON P. VOSBURY, Appellant. — Order of April 28, 1936, unanimously modified as stated in order entered herewith, and order of May 8, 1936, affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

HERMAN M. FRANK, Respondent, v. HARMON NATIONAL REAL ESTATE CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.; O'Malley, J., dissents and votes to reverse and grant the motion.

CHEMICAL BANK & TRUST COMPANY, Formerly THE CHEMICAL NATIONAL BANK OF NEW YORK, as Trustee, etc., v. MARGARET K. OTT, Individually and as Executrix, etc. EDITH MARGARET OTT MEIXNER and Others.— Motion for a reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of THOMAS P. FARLEY, a Voter, for an Order to Strike from the Register of Voters of the Fifteenth Election District of the Second Assembly District of the County of New York the Names of WILLIAM BUTLER and Others, Unlawfully Thereon. THOMAS P. FARLEY, Petitioner, Appellant; WILLIAM BUTLER and Others, Registrants, Respondents; DANIEL BIGGANE, Registrant, Respondent; BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.